PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 1:18cv363 Jamaar Tukes
RECEIVED: (16) R+R
on this 15 day of 7, 2019, at 10:15 a.m./p.m.
at Stevenson
(Name of Institution)

AF _____ _Jameel Fuller_____
Witness (if by mark)   (Signature, or mark, of addressee)

_____
Witness (if by mark)


WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY OF _____, 20_____, AT_____.
(Name of Institution)

_____
Signature of Institution Delivering Agent


_____
Witness                                            BX